```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:                    21-MC-663 (VEC)
IN RE APPLICATION OF                              :
Frederico da Costa Pinto                              :                    ORDER
:
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2022, Respondents filed a motion to vacate the Court's order approving discovery, to quash subpoenas, and to stay discovery, Dkt. 16; and

WHEREAS on February 8, 2022, various interested parties filed motions to intervene, Dkts. 20, 21.

IT IS HEREBY ORDERED that any responses in opposition to the motions are due no later than **Friday, March 11, 2022**.  Any replies in support of the motions are due no later than **Friday, March 25, 2022**.

**SO ORDERED.**

Date: **February 8, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**